


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RUTH DAVIS          :

    v.          :          NO.   11-CV-7307

NCO FINANCIAL SYSTEMS, INC.   :

                                              :

**FILED**
MAR 22 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

JUDGMENT

BEFORE SANCHEZ, J.

      AND NOW, to wit, this 22nd day of March, 2012, it is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC'S offer of judgment and plaintiff's acceptance pursuant to F.R.C.P. 68.
      It is ORDERED that judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

*Richard Sabol*
Richard Sabol, Deputy Clerk

**ENTERED**
MAR 23 2012
**CLERK OF COURT**

judg